

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VANESSA DE LA O GONZALEZ, | § | No. 08-25-00091-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| CAESAR OCTAVIO GONZALEZ, | § | of Pecos County, Texas |
| Appellee. | § | (TC# P-12776-112-CV) |

**<u>MEMORANDUM OPINION</u>**

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3(c).

On March 27, 2025, the Clerk of this Court sent Vanessa De La O Gonzalez a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified her that the appeal would be subject to dismissal on or after April 6, 2025, if she failed to pay the filing fee or failed to show an excuse from payment. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of this date, De La O Gonzalez has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

GINA M. PALAFOX, Justice

April 15, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.